**Order entered February 2, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00799-CV**

**IN RE KAJIN SHAMDEEN, Relator**

**Original Proceeding from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 003-02757-2019**

## ORDER

Before the Court is real party in interest Dildar Naama's January 12, 2021 updated notice of automatic stay of proceedings. Real party Naama advises us that, because his insurance company has been declared insolvent and placed into liquidation by the 250th Judicial District Court of Travis County, Texas ("the receivership court") in Cause No. D-1-GN-20-006278, *State of Texas v. ACCC Insurance Company*, there is an automatic six month stay of this proceeding under Texas Insurance Code § 462.309.

By order dated January 5, 2020, this Court previously abated this cause for 90 days pursuant to Texas Insurance Code § 443.008(d). Accordingly, for

administrative purposes, this cause shall **REMAIN ABATED**. We will reinstate this cause after the six-month period concludes on **June 30, 2021**, unless any party shows by prompt motion that the receivership court has extended the stay.

The response to the petition for writ of mandamus, if any, shall be filed **WITHIN FOURTEEN DAYS** after the original proceeding is reinstated by this Court's order.

/s/ AMANDA L. REICHEK
   JUSTICE